# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $214,225 IN UNITED STATES CURRENCY,<br><br>    Defendant. | Case No. 17-cv-02891-DMR<br><br>**ORDER TO SHOW CAUSE WHY CLAIMANT SHOULD NOT BE SANCTIONED FOR FAILURE TO COMPLY WITH THE COURT'S OCTOBER 4, 2017 ORDER** |

On May 19, 2017, Plaintiff the United States of America ("Plaintiff") filed a verified complaint for forfeiture. [Docket No. 1]. On July 17, 2017, Claimant Dejanique Blackwell ("Claimant") filed a verified claim. [Docket No. 11]. The court held the initial Case Management Conference on October 4, 2017. [Docket No. 24]. At the Case Management Conference, the court ordered Claimant to file a letter indicating whether she is requesting a bench or jury trial by no later than October 11, 2017. 10/4/17 Minute Order [Docket No. 24]. No letter has been filed.

In light of the above, the court issues this Order to Show Cause as to why Claimant should not be sanctioned for failure to comply with the court's order. Claimant is ordered to respond in writing by no later than **October 18, 2017**, and show cause why she should not be sanctioned for failure to comply with the court's order.

**IT IS SO ORDERED.**

Dated: October 13, 2017



_____
Donna M. Ryu
United States Magistrate Judge