| | |
|---|---|
| 1 | ALEX G. TSE (CABN 152348)<br>Acting United States Attorney |
| 2 | |
| 3 | BARBARA J. VALLIERE (DCBN 439353)<br>Chief, Criminal Division |
| 4 | ERIN A. CORNELL (CABN 227135)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-7124<br>Facsimile: (415) 436-6748<br>Erin.Cornell@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CV 17-02891 DMR |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE** |
| APPROXIMATELY $214,225 IN UNITED STATES CURRENCY, | ) | |
| Defendant. | ) | |
| DEJANIQUE BLACKWELL, | ) | |
| Claimant. | ) | |

Plaintiff United States of America and Claimant Dejanique Blackwell hereby stipulate:

On November 14, 2017, the Honorable Kandis A. Westmore scheduled a Settlement Conference in the above-entitled action on February 7, 2018. (ECF No. 39.) On January 10, 2018, the Honorable Donna M. Ryu scheduled an evidentiary hearing on the claimant's motion to suppress on March 15, 2018. (ECF No. 51.)

The parties believe it would be beneficial to get the Court's ruling on the claimant's motion to suppress prior to any settlement discussions. Therefore, the parties respectfully request that the Court re-schedule the Settlement Conference to a date, probably no earlier than April 2, 2018, to allow the

STIP AND [P] ORDER CONTINUING SETTLEMENT CONFERENCE
CV 17-02891 DMR

Court to rule on the motion to suppress.

SO STIPULATED, AGREED, AND RESPECTFULLY REQUESTED.

Dated: January 17, 2018   _____/s/_____
JAMES R. WILLIS
Attorney for Claimant

Date: January 17, 2018   ALEX G. TSE
Acting United States Attorney

_____/s/_____
ERIN A. CORNELL
Assistant United States Attorney

I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

Date: January 17, 2018   ALEX G. TSE
Acting United States Attorney

_____/s/_____
ERIN A. CORNELL
Assistant United States Attorney

### **ORDER**

Based on the parties' stipulation and good cause being found, it is HEREBY ORDERED that the Settlement Conference, currently set for February 7, 2018, is continued to  April 23, 2018  at  11:00  am/~~pm~~. Settlement Conference statements are due no later than  April 13, 2018 .

IT IS SO ORDERED.

Dated: 1/18/18

*Kandis Westmore*
HONORABLE KANDIS A WESTMORE
United States Magistrate Judge

STIP AND [P] ORDER CONTINUING SETTLEMENT CONFERENCE
CV 17-02891 DMR