1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  ERIN A. CORNELL (CABN 227135)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7124
7      Facsimile: (415) 436-6748
       Erin.Cornell@usdoj.gov
8
   Attorneys for United States of America
9

10                       UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                            SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,           ) CASE NO. CV 17-02891 DMR
                                        )
14          Plaintiff,                  ) **STIPULATION AND [PROPOSED] ORDER**
         v.                             ) **CONTINUING SETTLEMENT CONFERENCE**
15                                      )
    APPROXIMATELY $214,225 IN UNITED    )
16  STATES CURRENCY,                    )
                                        )
17          Defendant.                  )
                                        )
18                                      )
    DEJANIQUE BLACKWELL,                )
19                                      )
            Claimant.                   )
20                                      )

21       Plaintiff United States of America and Claimant Dejanique Blackwell hereby stipulate:

22       On November 14, 2017, the Honorable Kandis A. Westmore scheduled a Settlement Conference

23  in the above-entitled action on February 7, 2018. (ECF No. 39.) On January 10, 2018, the Honorable

24  Donna M. Ryu scheduled an evidentiary hearing on the claimant's motion to suppress on March 15,

25  2018. (ECF No. 51.) On January 22, 2018, pursuant to the parties' request, the Honorable Kandis A.

26  Westmore re-scheduled the settlement conference to April 23, 2018. (ECF No. 53.) On March 7, 2018,

27  pursuant to Claimant's request and the government's non-opposition, the Honorable Donna M. Ryu re-

28  scheduled the evidentiary hearing to June 28, 2018. (ECF No. 56.)

The parties believe it would be beneficial to get the Court's ruling on the claimant's motion to suppress prior to any settlement discussions. Therefore, the parties respectfully request that the Court re-schedule the Settlement Conference to a date, probably no earlier than July 9, 2018, to allow the Court to rule on the motion to suppress.

SO STIPULATED, AGREED, AND RESPECTFULLY REQUESTED.

Dated: March 9, 2018 /s/
JAMES R. WILLIS
Attorney for Claimant

Date: March 9, 2018 ALEX G. TSE
Acting United States Attorney

/s/
ERIN A. CORNELL
Assistant United States Attorney

I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all signatures within this e-filed document.

Date: March 9, 2018 ALEX G. TSE
Acting United States Attorney

/s/
ERIN A. CORNELL
Assistant United States Attorney

**ORDER**

Based on the parties' stipulation and good cause being found, it is HEREBY ORDERED that the Settlement Conference, currently set for April 23, 2018, is continued to August 27, 2018 at 11:00 am/~~pm.~~ Settlement Conference statements are due no later than August 17, 2018.

IT IS SO ORDERED.

Dated: 3/9/18

HONORABLE KANDIS A WESTMORE
United States Magistrate Judge

STIP AND [P] ORDER CONTINUING SETTLEMENT CONFERENCE
CV 17-02891 DMR